UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOSE R. GARCIA, :

    Petitioner : CIVIL ACTION NO. 3:23-0495

v. : (JUDGE MANNION)

:

R. THOMPSON, WARDEN,

:

    Respondent

:

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: May 16, 2023
23-0495-01-ORDER